In re YOUNG.

(District Court, E. D. New York. August 9, 1899.)

BANKRUPTCY—FEES AND COSTS—DISBURSEMENTS OF ATTACHING CREDITOR.
    Where the lien of an attachment is dissolved by the adjudication of the debtor as a bankrupt, the creditor has no lien upon the property of the bankrupt for the costs and disbursements incurred by him in such suit, and is not entitled to an order requiring the trustee to pay him the amount of such costs out of the estate.

In Bankruptcy. On petition of Francis Doherty & Co., creditors of the bankrupt, for an order directing the trustee in bankruptcy to pay to them the sum of $236, being the amount of costs and disbursements incurred by them in an attachment suit which they had been prosecuting against the bankrupt, but which was terminated, and the lien of the attachment dissolved, by the adjudication following within four months after the commencement of such suit.

Baggott & Ryall, for petitioners.

Edward K. Sumerwell, for trustee in bankruptcy.

THOMAS, District Judge. The motion herein is denied. The fees are an incident of the lien. When the lien fails, the incident fails also. It is not apparent that the estate has been benefited by an expense of $236, made in an attachment proceeding in an action to collect the sum of $392.50. However, the main question passed upon is the nonexistence of a lien. If the petitioners desire to review the question, the trustee will retain a sufficient sum to meet the claim, if the appellate court should consider the demand or any part thereof justly payable.